1  SCHEER LAW GROUP, LLP
   SPENCER P. SCHEER #107750
2  JOSHUA L. SCHEER #242722
   REILLY D. WILKINSON #250086
3  JONATHAN SEIGEL #168224
   155 N. Redwood Drive, Suite 100
4  San Rafael, CA  94903
   Telephone:  (415) 491-8900
5  Facsimile:  (415) 491-8910
   F.500-053S
6
   Attorneys for Defendant
7  FIRST CALIFORNIA MORTGAGE COMPANY

8              UNITED STATES DISTRICT COURT
9              EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| MICHAEL C. CARTER, | No. 2:10-CV-00639-WBS-DAD |
| PLAINTIFF, | **ORDER GRANTING MOTION TO APPEAR TELEPHONICALLY AT HEARING ON MOTION TO DISMISS SECOND AMENDED COMPLAINT** |
| vs. | |
| GMAC MORTGAGE, LLC; FIRST CALIFORNIA MORTGAGE, a California Corporation; and DOES 1-50, inclusive | Hearing:<br>Date:  November 22, 2010<br>Time:  2:00 p.m.<br>Place:  US District Court Eastern<br>Dept.:  5<br>Judge:  Senior Judge William B. Shubb |
| DEFENDANTS | |

21   Having read and considered the Motion to Appear Telephonically at the Hearing on

22  Motion to Dismiss Second Amended Complaint ("Motion") filed by Defendant FIRST

23  CALIFORNIA MORTGAGE COMPANY ("Defendant") and for GOOD CAUSE appearing,

24       IT IS HEREBY ORDERED as follows:

28                                1

[PROPOSED] ORDER GRANTING MOTION TO APPEAR TELEPHONICALLY AT HEARING ON MOTION
TO DISMISS SECOND AMENDED COMPLAINT

Defendants may appear telephonically at the Motion currently set for hearing on November 22, 2010, at 2:00 p.m. in Courtroom 5, before the Honorable William B. Shubb of the above-entitled court by and through its counsel, Jonathan Seigel (415) 491- 8900.

DATED:  November 3, 2010

*[signature]*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE